■ BEATRICE REYNOLDS, Individually and as Administratrix of the Estate of ROBERT REYNOLDS, Deceased, et al., v. CHURCHILL L. KOHLMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. The request of the appellant, Perry Alexander, to dispense with the printing of the record on appeal

and appellant's points is denied. Concur—Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.